IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JESSE JACOB ANDERSON,

    Plaintiff,

v.

DISCOVERY MEDIA CO, BERNT WAAK,
MARK BILLER AND YOU TUBE MEDIA,

    Defendants.

ORDER

Case No. 23-cv-392-jdp

On April 20, 2023, plaintiff Jesse Jacob Anderson filed a proposed civil complaint in the United States District Court for the District of Minnesota Case No. 23-cv-1135. On June 12, 2023, the District of Minnesota transferred plaintiff's complaint to this court, and the case is now pending in this court as case no. 23-cv-392-jdp. Plaintiff seeks to commence this lawsuit without prepayment of the filing fee pursuant to 28 U.S.C. § 1915. From the affidavit of indigency plaintiff has submitted (dkt. 2), I find that plaintiff is unable to prepay the fees and costs of commencing this action or to give security therefor.

ORDER

IT IS ORDERED that:

1. Plaintiff Jesse Jacob Anderson's petition for leave to proceed without prepayment of fees is GRANTED.

2. No further action will be taken in this case until the court has screened the complaint pursuant to 28 U.S.C. § 1915 to determine whether the case must be dismissed because the complaint is frivolous or malicious, fails to state a claim on which relief may be

granted or seeks monetary relief against a defendant who is immune from such relief. Once the screening process is complete, a separate order will issue.

Entered this 12th day of June, 2023.

BY THE COURT:

/s/
ANDREW R. WISEMAN
United States Magistrate Judge