IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JESSE JACOB ANDERSON,

                Plaintiff,

  v.

DISCOVERY MEDIA CO/PRODUCERS,              ORDER
POLK COUNTY SHERIFF DEPT/BRENT WAAK,
POLK COUNTY DISTRICT ATTORNEY OFFICE/     23-cv-392-jdp
MARK BILLER, and YOU TUBE MEDIA,

                Defendants.

---

      Plaintiff Jesse Jacob Anderson, proceeding without counsel, contends that government officials disclosed information about his involvement in a homicide case in a documentary TV show. I screened Anderson's complaint, concluded that it did not plausibly state any claim for relief, and gave Anderson until May 28, 2024, to file an amended complaint. Dkt. 7. That deadline has passed and Anderson has not filed an amended complaint or any other response to my order. Rather, my order was returned to the court as undeliverable and Anderson has not updated the court on his new address. I will dismiss this case for Anderson's failure to prosecute it.

                              ORDER

      IT IS ORDERED that:

      1.  This case is DISMISSED without prejudice for plaintiff's failure to prosecute it.

2. The clerk of court is directed to enter judgment accordingly and close this case.

Entered June 4, 2024.

                              BY THE COURT:

                              /s/

                              _____
                              JAMES D. PETERSON
                              District Judge